IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAMARA LYNN FUTRELL, | | |
| | Plaintiff, | No. 2:10-cv-2424 JAM KJN PS |
| v. | | RELATED CASE ORDER |
| SACRAMENTO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, | | |
| | Defendant. | |
| _____/ | | |
| TAMARA LYNN FUTRELL, | | |
| | Plaintiff, | No. 2:10-cv-2425 GEB GGH PS |
| v. | | RELATED CASE ORDER |
| SUPERIOR COURT OF SACRAMENTO COUNTY, | | |
| | Defendant. | |
| _____/ | | |

Plaintiff filed both of the above-captioned actions on September 10, 2010. The complaints, each of which takes the form of a three-page letter with attachments, are identical, except that the named defendants differ.

1

1    Examination of the above-captioned actions, which involve the same or similar
2 legal claims based on the same set of facts, reveals that assignment of the matters to the same
3 judge and magistrate judge is likely to effectuate a substantial saving of judicial effort.  See E.
4 Dist. Local Rule 123(a).  Accordingly, the actions will be assigned to the same judge and
5 magistrate judge.
6    Pursuant to Local Rule 123(c) and the regular practice of this court, the cases will
7 be assigned to the judge and magistrate judge to whom the first filed action was assigned.
8 Reassignment of the later-filed case merely has the result that both actions are assigned to the
9 same judge and magistrate judge.  No consolidation of the cases is effectuated.
10    Accordingly, IT IS HEREBY ORDERED that:
11    1.   The action denominated as No. 2:10-cv-2425 GEB GGH PS is reassigned
12 to District Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further
13 proceedings, and any dates currently set in the reassigned case are vacated.  Henceforth, the
14 caption on all documents filed in the reassigned case shall be shown as No. 2:10-cv-2425 JAM
15 KJN PS; and
16    2.   The Clerk of the Court shall make appropriate adjustment in the
17 assignment of civil cases to compensate for this reassignment.
18    IT IS SO ORDERED.
19 DATED: October 5, 2010

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
United States District Judge